COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA 94607-3865
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: ckerestenzis@beesontayer.com

Attorneys for Plaintiff and Putative Class
ROBERT ROSE, PAUL SIMI AND PUTATIVE CLASS

**HANSON BRIDGETT LLP**
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSE and PAUL SIMI, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and DOES 1 through 50,<br><br>Defendants. | Case No. 2:23-CV-01979-WBS-AC<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE AND RELATED TRIAL DEADLINES; ORDER**<br><br>Judge: Hon. William B. Shubb<br>Complaint Filed July 6, 2023<br>Action Removed: September 13, 2023 |

THE PARTIES HEREBY STIPULATE AND AGREE AND RESPECTFULLY REQUEST, subject to approval by this Court, that the pending deadlines in this matter be continued for a period of ninety (90) days as set forth below. The parties contend there is good cause for this request as follows.

The parties have been diligently litigating this matter through discovery. During the

discovery process various discovery disputes have arisen related to the production of documents and the setting of depositions, including particularly the breadth of documents to be produced in relation to the claims and viability of the claims asserted by Plaintiffs.  The parties have worked out a process to resolve their disputes, but in order to do so the parties need to extend the current discovery deadline by ninety (90) days in order to allow for that process.  The parties contend that with such an extension the parties will alleviate the need to file any motions to compel, and the parties agree that such time should be sufficient to complete discovery and allow the parties the opportunity to either resolve this matter or define the issues for law and motion before this Court.  Given the need for additional time for discovery, the parties contend there is good cause for an extension of all the deadlines so that this matter can be appropriately litigated and that neither party is prejudiced by an extension of the discovery deadline.

Specifically, the parties respectfully request the following modifications to this Court's June 26, 2024 Pretrial Scheduling Order:

a. Discovery Deadline as defined in the Pretrial Scheduling Order be continued from November 21, 2025 to February 20, 2026;

b. Motion Deadline as defined in the Pretrial Scheduling Order be continued from January 30, 2026 to March 27, 2026;

**c. The Final Pretrial Conference be continued from April 20, 2026 to July 27, 2026 at 1:30 p.m.;**

d. Trial Date be continued from June 16, 2026 to **September 29, 2026 at 9:00 a.m.**

The Courtroom Deputy confirmed the availability for the dates for the Final Pretrial Conference and Trial Date.  As noted above, the parties contend that the above modifications are necessary for the completion of discovery and appropriate resolution of this matter.

2

**STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE**    23cv1979 Rose - Stip to
Modify Schedg Order
Case No. 2:23-cv-01979-WBS-AC    (1283-0768)

| | | |
|---|---|---|
| Dated: November 5, 2025 | BEESON, TAYER & BODINE, APC | |

By: /s/ Sarah S. Kanbar
SARAH S. KANBAR
Attorneys for ROBERT ROSE, PAUL SIMI AND PUTATIVE CLASS

Dated: November 5, 2025    HANSON BRIDGETT, LLP

By: /s/ Dorothy S. Liu, as authorized on 11/5/25
DOROTHY S. LIU
Attorneys for Defendant
CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC

**IT IS SO ORDERED**

Dated: November 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE