UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JESUS JOSEPH VASQUEZ, | No. 2:26-cv-81 WBS AC |
| Plaintiff, | |
| v. | |
| CEMEX INC., a Louisianna corporation, CEMEX TRUCKING INC., a California corporation and DOES 1 through 50 inclusive, | NOTICE ON NOTICES OF RELATED CASES |
| Defendants. | |
| ROBERT ROSE and PAUL SIMI, on behalf of themselves and those similarly situated, | No. 2:23-cv-1979 WBS AC |
| Plaintiffs, | |
| v. | |
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and DOES 1 through 50, | |
| Defendants. | |

----oo0oo----

1

The court is in receipt of the notices of related cases filed in Vasquez v. Cemex, Inc. et al., Case No. 2:26-cv-81 WBS AC, and Rose et al. v. Cemex Construction Materials Pacific, LLC, Case No. 2:23-cv-1979 WBS AC, pursuant to Local Rule 123(a). Because both cases are already assigned to the same judge, there is no need for the court to rule on the notices that were filed in each of the above-entitled actions.

Dated:  January 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2