COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA  94607-3865
Telephone:      (916) 325-2100
Facsimile:      (916) 325-2120
Email:           ckerestenzis@beesontayer.com

Attorneys for Plaintiff and Putative Class
ROBERT ROSE, PAUL SIMI AND PUTATIVE
CLASS

**HANSON BRIDGETT LLP**
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
KATHLEEN B. RONEY, SBN 268446
kroney@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendant
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSE and PAUL SIMI, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and DOES 1 through 50,<br><br>Defendants. | Case No. 2:23-CV-01979-WBS-AC<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>Judge:          Hon. William B. Shubb<br>Date:           March 16, 2026<br>Time:           1:30 p.m.<br>Ctrm:           5<br><br>Action Filed:        July 6, 2023<br>Action Removed:   September 13, 2023<br>Trial Date:          September 29, 2026 |

Subject to approval by this Court, the parties hereby stipulate and agree and respectfully

1

**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-01979-WBS-AC

1425717

(1283-0768)

request the following modifications to the briefing schedule related to Defendants' pending Motion for Summary Judgment.  The parties contend there is good cause for this request as follows.

On January 13, 2026, Defendants filed a Motion for Summary Judgment (MSJ) to be heard on March 16, 2026.  Currently, Plaintiffs' Opposition to the MSJ is due on or before January 27, 2026, and Defendant's Reply would be due ten (10) days after that per Local Rule.  Given the breadth of the issues raised in the Motion and Plaintiffs' counsel's relative unavailability during the two weeks Plaintiffs currently have to file an Opposition, Plaintiffs' counsel met and conferred with Defendants' counsel to a reasonable modification of the briefing schedule that would allow both Plaintiffs and Defendants additional time to respond and brief each other's arguments.  Per those efforts, the parties agree to the following briefing schedule for the hearing set for March 16, 2026.

- Plaintiffs' Opposition be extended by ten (10) days so that it is due on February 6, 2026;
- Defendants' Reply be extended by a corresponding time period so that it is due on February 27, 2026.
- 

Dated:  January 21, 2026            BEESON, TAYER & BODINE, APC


By:    _/s/ Costa Kerestenzis_____
        COSTA KERESTENZIS
        Attorneys for ROBERT ROSE, PAUL
        SIMI AND PUTATIVE CLASS

Dated:  January 21, 2026            BEESON, TAYER & BODINE, APC


By:    _/s/ Dorothy S. Liu_____
        DOROTHY S. LIU
        Attorneys for Defendants
        CEMEX CONSTRUCTION MATERIALS
        PACIFIC, LLC et al.

2

**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-01979-WBS-AC

1425717

(1283-0768)

**IT IS SO ORDERED:**

Dated:  January 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-01979-WBS-AC

1425717

(1283-0768)