COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA  94607-3865
Telephone:     (916) 325-2100
Facsimile:     (916) 325-2120
Email:          ckerestenzis@beesontayer.com

Attorneys for Plaintiff and Putative Class
ROBERT ROSE, PAUL SIMI AND PUTATIVE
CLASS

**HANSON BRIDGETT LLP**
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendant
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSE and PAUL SIMI, on behalf of themselves and those similarly situated,<br><br>                                    Plaintiffs,<br><br>           v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and DOES 1 through 50,<br><br>                                    Defendants. | Case No. 2:23-CV-01979-WBS-AC<br><br>**STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO ONE HUNDRED AND TWENTY (120) DAYS AND ORDER**<br><br>Judge:         Hon. William B. Shubb<br>Date:          March 16, 2026<br>Time:          1:30 p.m.<br>Ctrm:         5<br><br>Action Filed:        July 6, 2023<br>Action Removed:  September 13, 2023<br>Trial Date:          September 29, 2026 |

Subject to approval by this Court, the parties hereby stipulate and agree and respectfully request that all proceedings in this matter are stayed for a period up to 120 days so that the parties    1

**STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO 120 DAYS AND ORDER**

Case No. 2:23-cv-01979-WBS-AC

23cv1979 Rose - Stip to
Stay Case Pending
Mediation
(1283-0768)
22622091.2

can engage in settlement or mediation discussions to resolve this matter, which includes the parties' intent to reach resolution in the related matter of *Vasquez v. CEMEX, Inc., et al,* Case 2:26-cv-00081-WBS-AC, also pending before this Court, as part of resolution of the instant matter.  The stay would include all pending deadlines including deadlines related to Defendants' pending Motion for Summary Judgment, pending discovery between the parties, and the deadline for Plaintiffs to file a Motion for Class Certification in this matter.  The parties request that the stay commence as of February 4, 2026 and terminate on or before June 4, 2026.  The parties will provide a simple Joint Status Report at least ten (10) days prior to the expiration of the Stay to inform the Court about the status of the parties' efforts to resolve this matter, and/or the parties suggested dates for completing the pending deadlines following the Stay.

The parties contend there is good cause for this request as follows.

On January 13, 2026, Defendants filed a Motion for Summary Judgment (MSJ) to be heard on March 16, 2026.  Following the filing of the Motion, the parties met and conferred on February 3, 2026, and determined that given the posture of the case and the discovery completed in this matter, that the parties are prepared to have meaningful settlement discussions and/or mediation efforts to resolve this matter.  The parties further contend that these settlement efforts should be taken prior to the parties completing discovery and engaging in extensive law and motion, and the parties believe that they can complete these efforts within 120 days.

Dated:  February 4, 2026                    BEESON, TAYER & BODINE, APC


By:    /s/ Costa Kerestenzis
       COSTA KERESTENZIS
       Attorneys for ROBERT ROSE, PAUL
       SIMI AND PUTATIVE CLASS

2

**STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO 120 DAYS AND ORDER**

Case No. 2:23-cv-01979-WBS-AC

23cv1979 Rose - Stip to
Stay Case Pending
Mediation
(1283-0768)
22622091.2

Dated:  February 4, 2026                    BEESON, TAYER & BODINE, APC


By:    /s/ Dorothy S. Liu, as authorized on
2/4/2026
DOROTHY S. LIU

Attorneys for Defendants
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC et al.

**IT IS SO ORDERED:**

The stay shall commence as of February 4, 2026 and terminate on June 4, 2026.  The parties file a Joint Status Report no later than **June 8, 2026** to inform the Court about the status of the parties' efforts to resolve this matter, and/or the parties suggested dates for completing the pending deadlines following the Stay.   A Status Conference Re Stay of Action is set for **June 15, 2026 at 1:30 p.m.**   The March 16, 2026 motion hearing, July 27, 2026 Pretrial Conference and September 29, 2926 trial dates are vacated.

Dated:  February 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO 120 DAYS AND ORDER**

Case No. 2:23-cv-01979-WBS-AC

23cv1979 Rose - Stip to
Stay Case Pending
Mediation
(1283-0768)
22622091.2

4

**STIPULATION RE REQUEST FOR STAY OF PROCEEDINGS FOR A PERIOD UP TO 120 DAYS AND ORDER**

Case No. 2:23-cv-01979-WBS-AC

23cv1979 Rose - Stip to Stay Case Pending Mediation (1283-0768)

22622091.2