COSTA KERESTENZIS, SBN 186125
SARAH S. KANBAR, SBN 315443
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA  94607-3865
Telephone:    (916) 325-2100
Facsimile:    (916) 325-2120
Email:            ckerestenzis@beesontayer.com

Attorneys for Plaintiff and Putative Class
ROBERT ROSE, PAUL SIMI AND PUTATIVE
CLASS

**HANSON BRIDGETT LLP**
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendant
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSE and PAUL SIMI, on behalf of themselves and those similarly situated,<br><br>                                                 Plaintiffs,<br><br>              v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, and DOES 1 through 50,<br><br>                                                 Defendants. | Case No. 2:23-CV-01979-WBS-AC<br><br>**STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION**<br><br>Judge:            Hon. William B. Shubb<br><br>Ctrm:            5<br><br>Action Filed:        July 6, 2023<br>Action Removed:    September 13, 2023<br>Trial Date:          Vacated |

        Subject to approval by this Court, the parties hereby stipulate and agree and respectfully request that the stay remain in effect until further order of the Court following the parties' December 14, 2026 Joint Status Report.  The parties contend there is good cause for this request as follows.

**STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION**

Case No. 2:23-cv-01979-WBS-AC

23cv1979 Rose - Stip for
Further Stay Pendg
Mediation
(1283-0768)
23062063.1

1

On February 5, 2026, pursuant to a stipulation of the parties, the Court ordered a stay in this matter for up to 120 days, through June 4, 2026, so that the parties could engage in settlement or mediation discussions to resolve this matter and the related matter of *Vasquez v. CEMEX, Inc., et al,* Case 2:26-cv-00081-WBS-AC, also pending before this Court  (Dkt. No. 40).  The ordered stay included vacating all pending deadlines in this matter, and the Court's Order provided that the parties file a Joint Status Report on or about June 8, 2026 and appear before the Court for a Status Conference on June 15, 2026.

Since the stay Order the parties have been diligently working on reaching an agreement on a mediator and the participation of counsel in both cases in the Mediation.  While those agreements have been made, the agreed upon Mediator is not available for Mediation until October or November 2026.  Accordingly, the parties in both matters are filing a joint request that the stay remain in effect until further order of the Court following the parties' December 14, 2026 Joint Status Report. The parties request that the Court vacate the June 15, 2026 Status Conference, to be reset. The parties shall file a Joint Status Report on or before December 14, 2026, wherein the parties will inform the Court about the status of the parties' efforts to resolve this matter and the parties' suggested dates for completing the pending deadlines following the stay.


Dated:  May 13, 2026                    BEESON, TAYER & BODINE, APC


By:    /s/ Costa Kerestenzis
       COSTA KERESTENZIS
       Attorneys for ROBERT ROSE, PAUL
       SIMI AND PUTATIVE CLASS

2

**STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION**

Case No. 2:23-cv-01979-WBS-AC

Dated:  May 13, 2026                    HANSON BRIDGETT LLP


By:    /s/ Ryan Eddings, as authorized on May 13, 2026
_____
RYAN EDDINGS
DOROTHY S. LIU
Attorneys for Defendant
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC

**IT IS SO ORDERED:**

The stay of all proceedings in this action is extended until further order of the Court following the parties' Joint Status Report. The parties shall file a Joint Status Report no later than **December 28, 2026**, advising the Court of the status of their mediation and settlement efforts and, if necessary, proposing dates for rescheduling any remaining deadlines. The Status Conference currently set for June 15, 2026 is reset to **January 11, 2027 at 1:30 p.m**. in Courtroom 5.

Dated:  May 15, 2026
_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER EXTENDING STAY OF PROCEEDINGS TO PERMIT MEDIATION**

Case No. 2:23-cv-01979-WBS-AC

23cv1979 Rose - Stip for
Further Stay Pendg
Mediation
(1283-0768)
23062063.1